Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67620.—H. W. Ebert Co. et al. *v.* United States, protests 60/14394, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 24, 1963

No. 67621.—Rex-Spanall, Inc. *v.* United States, protest 62/12923 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67622.—Oxford Int'l Corp. and National Carloading Corp. et al. *v.* United States, protests 58/12739, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 67623.—Daido Corp. *v.* United States, protests 62/4857 and 62/5108 (New York).